# Wytheville.

COMMONWEALTH OF VIRGINIA, AT THE RELATION OF
C. LEE MOORE, ETC. v. OUIDA CALDWELL
WATTS, AND OTHERS.

June 16, 1927.

Error to an order of the Circuit Court of the city of Richmond.

*Writ dismissed as improvidently awarded.*

*E. Warren Wall*, for the Commonwealth.

*Shewmake & Gary*, for the defendant in error.